1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CURTIS LEE MORRISON,                        No.  2:17-cv-1044 JAM CKD P

12                    Plaintiff,

13         v.                                     ORDER AND

14    J. FALCON, et al.,                          FINDINGS AND RECOMMENDATIONS

15                    Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C.

18    § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This

19    proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

20         Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

21    1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22         Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§

23    1914(a), 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect

24    twenty percent of the preceding month's income credited to plaintiff's prison trust account and

25    forward it to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00,

26    until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

27         The court is required to screen complaints brought by prisoners seeking relief against a

28    governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The

1

1  court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally

2  "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek

3  monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1), (2).

4       The court has conducted the required screening and finds that plaintiff may proceed upon

5  a claim arising under Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12131 et

6  seq. against defendant J. Falcon, Superintendent of the California Prison Authority Laundry at

7  California State Prison, Solano, sued in his official capacity.  Accordingly, the court will direct

8  plaintiff to provide the court with the necessary forms for service of process upon defendant

9  Falcon.

10       The court will not order service on the other defendants.  First, there is no individual

11  liability under the ADA as violations are committed by "entities."  42 U.S.C. § 12132.  See

12  McDaniel v. U.S., No. 2:14-cv-2213 TLN EFB PS, 2015 WL 7459791, *4 (E.D. Cal. Nov. 24,

13  2015).  Second, since a suit against a state officer is essentially a suit against the state, Will v.

14  Mich. Dept. of State Police, 491 U.S. 58, 71 (1989) plaintiff's proceeding against any other

15  defendant in their official capacity would be redundant.

16       In accordance with the above, IT IS HEREBY ORDERED that:

17       1.  Plaintiff's request for leave to proceed in forma pauperis (ECF No. 3 & 4) is granted.

18       2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff

19  is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.

20  § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the

21  California Department of Corrections and Rehabilitation filed concurrently herewith.

22       3.  Service is appropriate for defendant Falcon.

23       4.  The Clerk of the Court shall send plaintiff a USM-285 form, summons, an instruction

24  sheet and a copy of the complaint.

25  /////

26  /////

27  /////

28  /////

1    5.  Within thirty days from the date of this order, plaintiff shall complete the attached

2  Notice of Submission of Documents and submit the following documents to the court:

3          a.  The completed Notice of Submission of Documents;

4          b.  One completed summons;

5          c.  One completed USM-285 form; and

6          d.  Two copies of the complaint.

7      6.  Plaintiff need not attempt service on defendant Falcon and need not request waiver of

8  service.  Upon receipt of the above-described documents, the court will direct the United States

9  Marshal to serve defendant Falcon pursuant to Federal Rule of Civil Procedure 4 without

10 payment of costs.

11     IT IS HEREBY RECOMMENDED that defendants Aston, Guerrero and Munoz be

12 dismissed.

13     These findings and recommendations are submitted to the United States District Judge

14 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

15 after being served with these findings and recommendations, plaintiff may file written objections

16 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

17 and Recommendations."  Plaintiff is advised that failure to file objections within the specified

18 time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

19 (9th Cir. 1991).

20 Dated:  October 23, 2017

21                                              _____
                                                 CAROLYN K. DELANEY
22                                              UNITED STATES MAGISTRATE JUDGE

23

24

25 1
    morr1044.1
26

27

28

3

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CURTIS LEE MORRISON,                    No.  2:17-cv-1044 JAM CKD P

12              Plaintiff,

13        v.                               NOTICE OF SUBMISSION

14  J. FALCON, et al.,                      OF DOCUMENTS

15              Defendants.

16

17        Plaintiff submits the following documents in compliance with the court's order filed

18  _____:

19        ____        completed summons form

20        ____        completed USM-285 form

21        ____        copies of the _____
                                      Complaint
22

23  DATED:

24

25                                              _____
                                                   Plaintiff
26  _____

27

28
                                    4